# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA VILLANUEVA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AMBASSADOR LIMOUSINE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:12-cv-01473-RCJ-PAL <br><br> **ORDER** <br><br> (Mtn to Substitute - Dkt. ##11, 12) |

This matter is before the court on two Motions to Substitute Counsel (Dkt. ##11, 12) filed January 15, 2013. The Motions seek to substitute Jonathan H. King in the place and stead of Andrey Kalinin, Miguel O.M. Barquera, and Deborah J. Kong as counsel for Plaintiffs Veronica Villanueva and Zachary Daniels. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiffs filed their Complaint (Dkt. #1) on August 20, 2012. It does not appear Defendants have been served with process. The service deadline imposed by Rule 4(m) of the Federal Rules of Civil Procedure expires on January 20, 2012. *See* Clerk of Court's Notice of Intent to Dismiss (Dkt. #10).

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Motions to Substitute Counsel (Dkt. ##11, 12) are GRANTED.

///

2.   Jonathan H. King is substituted in the place and stead of Andrey Kalinin, Miguel O.M. Barquera, and Deborah J. Kong as counsel for Plaintiffs Veronica Villanueva and Zachary Daniels, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 15th day of January, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE